NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN L. HOBSON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3048

---

Petition for review of the Merit Systems Protection Board in DE3330110269-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of Veterans Affairs moves to reform the caption to name the Merit Systems Protection Board as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

_FEB 22 2012_
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kevin L. Hobson
    Sara Rearden, Esq.
    K. Elizabeth Witwer, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 22 2012

JAN HORBALY
CLERK